AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | |
| ERIK CISNEROS, | Case No.    2:22-mj-01685 -duty |
| Defendant | |

**LODGED**
CLERK, U.S. DISTRICT COURT
4/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jb _____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
APRIL 29, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ AF ____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 22, 2022, in the county of Los Angeles in the Central District of California, the

defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114(a) | Robbery of United States Mail and Property |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Michael Durocher*
*Complainant's signature*

Michael Durocher, USPIS Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   April 29, 2022                                  _____
                                                        *Judge's signature*

City and state:   Los Angeles, California              Hon. Alka Sagar, U.S. Magistrate Judge
                                                        *Printed name and title*

AUSA: Dominique Caamano (x0492)

## AFFIDAVIT

I, Michael Durocher, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrant against Erik Cisneros ("CISNEROS") for a violation of Title 18, United States Code, Section 2114(a) (Robbery of United States Mail and Property).

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3.   I am a United States Postal Inspector assigned to the Los Angeles Division of the United States Postal Inspection Service ("USPIS") and have been so employed since April 2017.  I am currently assigned to the Los Angeles Mail Theft Team, domiciled in Los Angeles, California, which investigates violations of Federal law, including identity theft, mail theft, wire fraud, mail fraud and bank fraud.

4.    I received a Bachelor of Arts Degree in History and Political Science from the University of Mary Washington in 2007.  I received twenty weeks of federal law enforcement training at the Federal Law Enforcement Training Center in Artesia, New Mexico and the Federal Air Marshal Academy in New Jersey.  I served as a Federal Air Marshal with the Federal Air Marshal Service for approximately seven years.  I received twelve weeks of Basic Inspector Training at the Inspection Service's training academy in Potomac, Maryland, a federally accredited law enforcement academy.  The training covered various aspects of federal law enforcement, including the investigation of the Subject Offenses.

5.    During my employment as a Postal Inspector, I have participated in investigations involving the theft of mail, identity theft, bank fraud, mail fraud, and wire fraud.  I have interviewed witnesses and cooperating individuals regarding theft of mail, identity theft, bank fraud, mail fraud, Arrow key theft and wire fraud, and have read official reports of other agents and officers regarding such interviews.  I have also been a case agent in charge of specific investigations involving identity theft, mail theft, bank fraud, and wire fraud.

6.    Through my training and experience, I have learned that people who steal genuine and counterfeit Unites States Postal Service Arrow keys use them to access mailboxes and mail collection boxes to steal mail to further identity theft, access device fraud, and bank fraud schemes.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

7.    On April 22, 2022, a United State Postal Service
("USPS") employee was delivering mail to the residence at 715
North Alpine Drive, Beverly Hills, California 90210 when a man,
later identified as CISNEROS, brandished a knife, and told the
USPS employee to "give me your arrow keys."  The USPS employee
gave CISNEROS her USPS keys and CISNEROS fled on foot.  The USPS
employee stated that the man was an approximately twenty-year-
old, Hispanic male that wore a black sweatshirt and black pants.

8.    Surveillance footage showed the robber flee the area
and enter a black Toyota Camry (the "Camry"), which is
registered to CISNEROS's father, A.C., at an apartment in
Chatsworth, California that he shares with CISNEROS, who is 23
years old.  On April 27, 2022, Beverly Hills Police Department
("BHPD") officers went to the apartment, saw the Camry there,
and spoke to the apartment manager, who confirmed that A.C. and
CISNEROS lived there, and who identified CISNEROS as the
individual shown in the surveillance footage of the robbery.
That night, BHPD officers executed a search warrant at the
apartment and found clothing matching that worn by the robber, a
folding knife, two USPS Arrow keys, a key to a postal truck, and
miscellaneous mail and debit cards in names not associated with
CISNEROS or A.C.  The next day, in a <u>Mirandized</u> interview,
CISNEROS admitted that he stole the two Arrow keys and the LLV
key from the USPS employee on April 22, 2022.

IV. <u>STATEMENT OF PROBABLE CAUSE</u>

9.    Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    Robbery of USPS Employee**

10.   On April 22, 2022, a USPS employee was delivering mail to the residence at 715 North Alpine Drive, Beverly Hills, California 90210 when a man, later identified as CISNEROS, brandished a knife, and told the USPS employee to "give me your arrow keys."  The USPS employee gave CISNEROS her USPS keys and CISNEROS fled on foot.

11.   When US Postal Inspectors interviewed the USPS employee, the USPS employee stated that CISNEROS was an approximately twenty-year-old, Hispanic male that wore a black sweatshirt and black pants.  In addition, the USPS employee stated that CISERNOS was approximately 5'8" tall, thin build, with brown eyes and curly black hair.  The USPS employee said CISNEROS stole two USPS Arrow keys, one USPS Modified Arrow Lock (MAL) key, and LLV key.  The USPS employee stated the serial numbers for the Arrow keys were "31" and "78" and the serial number for the MAL key was "D11."

**B.    Surveillance Video of the Robbery**

12.   Between April 22, 2022, and April 25, 2022, BHPD officers recovered and reviewed video surveillance footage of the robbery and CISNEROS fleeing the area.  On the video, the officers saw CISNEROS approach the USPS employee in front of 715 North Alpine Drive, while CISNEROS held an item in his right

hand that appeared to be a knife.  After a moment, the video shows the USPS employee withdrew an item from her pocket and gave the item to CISNEROS.  CISNEROS held onto the item and fled on foot.

13.  Surveillance video then shows that CISNEROS ran on foot through an alley way at the 800 block of North Foothill Road.  The video shows that CISNEROS entered a black Toyota Camry with California registration 6SCV418 (the Camry), which was parked in the alley way off North Foothill Road and drove out of the camera's view.  The video shows that CISNEROS was wearing a black hooded sweatshirt, black sweatpants, and black Nike shoes with a large Nike "Swoosh" logo on the sides of the shoes.

**C.    Identification of CISNEROS and Search of 10340 Canoga Ave Apt. 251, Chatsworth, California 91311**

14.  By using law enforcement databases, BHPD officers discovered that the Camry was registered to A.C. at 10340 Canoga Ave Apt. 251, Chatsworth, California 91311 (the "Apartment"). In addition, law enforcement researched open-source databases and discovered that A.C. had a twenty-three-year-old son named CISNEROS that was similar in age and description as the robbery suspect.

15.  On April 27, 2022, BHPD officers identified the Camry in the parking garage at the Apartment.  BHPD officers contacted the building manager and the building manager confirmed that A.C. and CISNEROS lived in the Apartment.  The officers presented images of the robbery suspect to the building manager

and the building manager positively identified the suspect as
CISNEROS.  The building manager told the officers that he had
seen CISCENROS wear the same or similar clothing at the
apartment complex.

16.  After speaking to the building manager, BHPD officers
knocked on the door of the Apartment and CISNEROS opened the
door.  The officers identified CISNEROS based on previous
booking photos and a driver license photo.  Officers approached
CISNEROS and took him into custody.  The officers asked CISNEROS
for consent to search the Apartment and the Camry, but CISNEROS
declined to give consent.

17.  Later that day, after CISNEROS was taken into custody,
BHPD obtained state search warrants for the Apartment and the
Camry.  That evening, BHPD officers executed the search
warrants.  BHPD officers did not find anything of evidentiary
value in the Camry.  Before officers searched the Apartment,
CISNEROS' father, A.C., arrived.  A.C. told the BHPD officers
that CISNEROS primarily resided in the living room of the
Apartment.  In the living room area, BHPD officers found a black
zip up hooded sweatshirt, three pairs of black pants, a pair of
black Nike shoes, a folding knife, three USPS keys, and
miscellaneous mail and debit cards in names not associated with
CISNEROS.  Two of the USPS keys were Arrow keys.  The first
Arrow key had the serial number "31" inscribed on it.  The
second Arrow key had the serial number "78" inscribed on it.
The third key was a key to a LLV.  The two Arrow keys were

inscribed with the same serial numbers as the keys that were
stolen from the USPS employee on April 22, 2022.

     **D.   Interview of CISNEROS**

18.   BHPD officers arrested CISNEROS on the evening of
April 27, 20222 and transported him to the Beverly Hills Police
Department.  Beverly Hills Police Department notified the United
States Postal Inspection Service of the arrest and Postal
Inspectors responded to the Beverly Hills Police Department to
interview CISNEROS.

19.   On April 28, 2022, at approximately 8:07 AM, law
enforcement read CISNEROS his Miranda rights and CISNEROS signed
an Advice of Rights form acknowledging that he understood his
rights.  Law enforcement asked CISNEROS where he was on Friday
April 22, 2022.  CISNEROS said he could not recall.  Law
enforcement told CISNEROS that they were investigating an armed
robbery of USPS employee and they believed that he was the
individual that committed the robbery.  They showed CISNEROS two
images from the video surveillance recording of the robbery.
CISNEROS acknowledged that he was the individual shown in the
surveillance committing the robbery.  CISNEROS said that he saw
the USPS employee and said "give me the keys."  When the USPS
employee gave him the USPS keys, CISNEROS said he ran back to
the Camry, which was in an alley way.  CISNEROS said the Camry
belonged to A.C.  CISNEROS said that he robbed the USPS employee
to acquire the USPS keys and sell them for extra money.  When
law enforcement asked CISNEROS where he learned about the USPS
keys, he stated that he watched a YouTube video that said if

someone stole the USPS keys and resold them, they could earn a
significant amount of money.  CISNEROS said the USPS keys that
officers found in the Apartment were the keys he stole on April
22, 2022.  In addition, CISNEROS said that the knife found in
the Apartment belonged to him.  CISNEROS said he did not intend
to scare or hurt the USPS employee during the robbery.

### V.   TRAINING AND EXPERIENCE REGARDING MAIL, ARRROW KEYAND IDENTITY THEFT

20.   Based on my training and experience and information
obtained from other law enforcement officers who investigate
mail and identity theft, I know the following:

a.   People who steal genuine and counterfeit Unites
States Postal Service Arrow keys use the keys to access
mailboxes and mail collection boxes to steal mail to further
identity theft, access device fraud, and bank fraud schemes.

b.   People who steal mail are often involved in fraud
and identity theft crimes.  These individuals usually steal mail
looking for checks, access devices, other personal identifying
information (such as names, Social Security numbers, and dates
of birth), and identification documents that they can use to
fraudulently obtain money and items of value.  Mail thieves
often retain these items of value from stolen mail in order to
make fraudulent purchases or sell the items to others in
exchange for cash or drugs.

### VI. CONCLUSION

21.  For all of the reasons described above, there is
probable cause to believe that CISNEROS has committed a

violation of Title 18, United States Code, Section 2114(a)

(Robbery of United States Mail and Property).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 29th day of
April , 2022.

_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE